

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-15-00201-CR

| | | |
|---|---|---|
| MICHAEL RAY SENN, Appellant | § | On Appeal from the 213th District Court |
| | § | of Tarrant County (1308222R) |
| V. | § | October 15, 2020 |
| | § | Memorandum Opinion by Justice Bassel |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT ON REMAND

This appeal is on remand from the Court of Criminal Appeals.

This court has again considered the record on appeal in this case and holds that there was no error in the trial court's judgments. It is ordered that the judgments of the trial court are affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dabney Bassel
Justice Dabney Bassel